AARON D. FORD
 Attorney General
JANET L. MERRILL (Bar No. 10736)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY JOVAN SAIZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALVIN JOHNSON, *et al.*, <br><br> Defendants | Case No. 2:23-cv-00509-GMN-NJK <br><br> **STIPULATION AND ORDER TO DISMISS THIS CASE WITH PREJUDICE** |

The Parties, Plaintiff, BILLY JOVAN SAIZ, JR., and Defendants MAURO VALADEZ CISNEROS and NATHANIEL HILL, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, hereby stipulate

/////
///
/////
///
/////
///
/////
/////

Page 1

and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 17 of November, 2023.           DATED this 18th of December 2023.

By: /s/ [signature]
BILLY JOVAN SAIZ, JR.
Plaintiff #82934

AARON D. FORD
Attorney General

By: /s/ Janet Merrill
JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 19 day of December, 2023.

[signature]
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on __December 18, 2023__, I electronically filed the foregoing, **STIPULATION AND ORDER TO DISMISS THIS CASE WITH PREJUDICE** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

Billy Saiz #82934
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov

_/s/ Campbell_
An employee of the
Office of the Attorney General